UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**May 28, 2009**

Mr. John J. Driscoll
Attorney at Law
211 North Broadway, Suite 2440
St. Louis, MO 63102

Stephen A. Corr
Mellon, Webster & Shelly
87 North Broad Street
Doylestown , PA 18901

      Re: *McDonough v. Waston, et. al.*, 4:08-CV-03396-WRW

Dear Counsel:

I have received Defendants' Motion to Show Cause Why This Case Should Not be Dismissed For Failure to Serve Complete Fact Sheet, which was filed on May 11, 2009.

I assume that since you have not filed a response,[1] you agree with Defendants' position. If you choose not to respond by 5:00 p.m. on Thursday, June 4, 2009, I will grant the motion and dismiss the case.

                              Cordially,

                              /s/ Wm. R.Wilson, Jr.

Original to the Clerk of the Court

---

[1] The response was due on Tuesday, May 26, 2009.